UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY COSBY,

                                      NO. CIV. S-08-505 LKK/DAD

        Plaintiff,

    v.

                                      O R D E R

AUTOZONE, INC., JIM
KULBACKI and DOES 1-100,
inclusive,

        Defendants.

                             /

    Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in chambers on May 27, 2008. Lawrence A. Bohm appeared as counsel for plaintiff; Richard R. Gray appeared as counsel for defendants. At the status conference the parties failed to raise the issue of whether the court has jurisdiction over this matter, although it was raised in the plaintiff's status report. The court has an independent duty to determine whether it possesses jurisdiction. McNut v. General Motors Acceptance Corp. of Indiana, 298 U.S. 178 (1936). Accordingly, the court orders as follows:

    1.    No later than twenty (20) days from the date of this

1         order, the plaintiff SHALL file all evidence he
2         possesses on the issue of whether federal jurisdiction
3         is proper.
4    2.   No later than twenty (20) days thereafter, the
5         defendants SHALL file a response.
6    3.   The matter is set for hearing on August 11, 2008 at
7         10:00 AM in Courtroom 4.
8    IT IS SO ORDERED.
9    DATED: May 29, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT