UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY COSBY,

        Plaintiff,

   v.

AUTOZONE, INC., JIM KULBACKI
and DOES 1-100, inclusive,

        Defendants.
_____/

NO. CIV. S-08-505 LKK/DAD

O R D E R

    On October 9, 2009, Joseph M. Earley, III ("Earley") was added as co-counsel for plaintiff. Subsequently, on November 12, 2009, Earley and plaintiff filed a notice of withdrawal of attorney of record for Earley. Because plaintiff remains represented by counsel, Earley need not file a noticed motion to withdraw. See Local Rule 83-182(d).

    For the foregoing reasons, the court orders that Joseph M.
////
////

1

Earley, III is terminated as counsel for plaintiff.

IT IS SO ORDERED.

DATED: November 18, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT