IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY COSBY,  )
              )
    Plaintiff,  )  2:08-cv-00505-LKK-DAD
              )
    v.         )  <u>ORDER VACATING THE DECEMBER</u>
              )  <u>11, 2009 SETTLEMENT CONFERENCE</u>
AUTOZONE, INC., JIM KULBACKI and )
DOES 1 -100, inclusive,  )
              )
    Defendants.  )
_____)

The confidential settlement statements reviewed in this case indicate the scheduled settlement conference before the undersigned judge would not be fruitful and should be vacated. Therefore, the settlement conference scheduled for December 11, 2009 is vacated.

Dated: December 7, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1