**FILED**

FEB 1 2 2010

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY COSBY, | NO. CIV. S-08-505 LKK/DAD |
| Plaintiff, | |
| v. | V E R D I C T |
| AUTOZONE, INC., | |
| Defendant. | |

We, the jury in the above-entitled case, find as follows:

**PUNITIVE DAMAGES**

1. What amount of punitive damages, if any, do you award Randy Cosby?

$ 0

DATED: 2/12/10

_____
FOREPERSON

1