1  RICHARD R. GRAY, Bar No. 071030
   BARBARA A. BLACKBURN, Bar No. 253731
2  LITTLER MENDELSON
   A Professional Corporation
3  2520 Venture Oaks Way, Suite 390
   Sacramento, CA 95833.4227
4  Telephone: 916.830.7200

5  Attorneys for Defendant
   AUTOZONE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY COSBY,<br><br>        Plaintiff,<br><br>   v.<br><br>AUTOZONE, INC., JIM KULBACKI and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. 2:08-CV-00505-LKK-DAD<br><br>**STIPULATION TO STAY ENFORCEMENT OF JUDGMENT; ORDER** |

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Randy Cosby and Defendant AutoZone, Inc. hereby stipulate, by and through their attorneys of record, that any enforcement of the Judgment entered on February 17, 2010, against AutoZone, Inc. shall be stayed pending the disposition of any post-trial motions filed by Defendant. Defendant has informed Plaintiff that it intends to file a motion for new trial/remittitur under FRCP 59. A stay pending disposition of such motion is authorized by FRCP 62(b).

Dated: February 23, 2010

/s/ *Lawrance A. Bohm*
LAWRANCE A. BOHM
Attorney for Plaintiff
RANDY COSBY

Dated: February 23, 2010

/s/ *Richard R. Gray*
RICHARD R. GRAY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
AUTOZONE, INC.

## ORDER

IT IS SO ORDERED.

Dated: February 24, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Firmwide:94220923.1 013306.2126　　　　Case No. 2:08-CV-00505-LKK-DAD
STIPULATION TO STAY ENFORCEMENT OF JUDGMENT; ORDER

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

PDF created with pdfFactory trial version www.pdffactory.com