1  LAWRANCE A. BOHM, (SBN 208716)
   BOHM LAW GROUP
2  4600 Northgate Blvd. Ste 210
   Sacramento, CA 95834
3  Telephone: (916) 927-5574
   Facsimile:  (916) 927-2046
4
   Attorney for Plaintiff
5  RANDY COSBY

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY COSBY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUTOZONE INC., JIM KULBACKI and DOES 1-100, inclusive,<br><br>　　　　　Defendant. | Case No. 2:08-CV-00505-LKK-DAD<br><br>**STIPULATION TO EXTEND PLAINTIFF'S TIME TO APPLY FOR ATTORNEY FEES AND ORDER** |

　　　　Plaintiff, RANDY COSBY, and Defendant AUTOZONE, INC. submit the instant stipulation and order seeking to extend Plaintiff's time to file his application for attorney fees pursuant to Local Rule 143.

　　　　On February 17, 2010, judgment was entered in this matter.  Pursuant to Local Rule 293(a), Plaintiff's application must be filed on or before March 17, 2010, twenty-eight (28) days after entry of judgment.

　　　　Defendant AutoZone agrees to allow Plaintiff an additional twenty-eight (28) days to file his application for attorney fees in this matter.

//

1

Stipulation to Extend Plaintiff's Time to Apply for Attorney
Fees and [Proposed] Order
Cosby v. Autozone et al.

Lawrance A. Bohm, Esq.
Bohm Law Group

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Defendant AUTOZONE, INC. and RANDY COSBY agree that Plaintiff's application for attorney fees should be filed on or before April 14, 2010.

Dated: March 4, 2010  By:    /s/
       LAWRANCE A. BOHM, ESQ.

       Attorney for Plaintiff
       RANDY COSBY

Dated: March 4, 2010  By:    /s/
       RICHARD R. GRAY, ESQ.
       LITTLER MENDELSON
       A Professional Corporation
       Attorneys for Defendant

       AUTOZONE

## **ORDER**

**IT IS SO ORDERED.**

Dated: March 9, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Stipulation to Extend Plaintiff's Time to Apply for Attorney
Fees and [Proposed] Order
Cosby v. Autozone et al.

Lawrance A. Bohm, Esq.
Bohm Law Group

PDF created with pdfFactory trial version www.pdffactory.com