LAWRANCE A. BOHM, (SBN 208716)
BOHM LAW GROUP
4600 Northgate Blvd. Ste 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Facsimile:  (916) 927-2046

Attorney for Plaintiff
RANDY COSBY

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY COSBY,<br><br>        Plaintiff,<br><br>    v.<br><br>AUTOZONE INC., JIM KULBACKI and DOES 1-100, inclusive,<br><br>        Defendant. | Case No. 2:08-CV-00505-LKK-DAD<br><br>**STIPULATION TO EXTEND TIME FOR FILING PLAINTIFF'S APPLICATION FOR ATTORNEY FEES AND ORDER** |

    Plaintiff, RANDY COSBY, and Defendant AUTOZONE, INC. respectfully submit the instant stipulation and order seeking to extend Plaintiff's time to file his application for attorney fees pursuant to Local Rule 143.

    On February 17, 2010 judgment was entered in this matter. Pursuant to Local Rule 293(a), Plaintiff's application was to be filed on or before March 17, 2010, twenty-eight (28) days after entry of judgment. Pursuant to Local Rule 143, Plaintiff, RANDY COSBY, and Defendant, AUTOZONE, INC., filed a stipulation to extend the time for filing the application an additional twenty-eight (28) days. On March 9, 2010, the court ordered Plaintiff's application to be filed on or before April 14, 2010.

1

Stipulation to Extend Time for Filing Plaintiff's Application for
Attorney Fees and [Proposed] Order                                                  Lawrance A. Bohm, Esq.
Cosby v. Autozone et al.                                                                        Bohm Law Group

PDF created with pdfFactory trial version www.pdffactory.com

Defendant AUTOZONE agrees to allow Plaintiff an additional seven (7) days to file his application for attorney fees in this matter.

WHEREAS, Defendant AUTOZONE, INC. agrees to extend time to April 21, 2010 for Plaintiff RANDY COSY to submit his application for reasonable attorneys fees and costs.

Dated: 4/14/10                By:  /s/
                                   LAWRANCE A. BOHM, ESQ.
                                   Attorney for Plaintiff
                                   RANDY COSBY

Dated: 4/14/10                By:  /s/
                                   RICHARD R. GRAY, ESQ.
                                   LITTLER MENDELSON
                                   A Professional Corporation
                                   Attorneys for Defendant
                                   AUTOZONE

## ORDER

**IT IS SO ORDERED.**

Dated: April 15, 2010.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Stipulation to Extend Time for Filing Plaintiff's Application for
Attorney Fees and [Proposed] Order                                          Lawrance A. Bohm, Esq.
Cosby v. Autozone et al.                                                     Bohm Law Group

PDF created with pdfFactory trial version www.pdffactory.com