LAWRANCE A. BOHM, (SBN 208716)
BOHM LAW GROUP
4600 Northgate Blvd, Suite 210
Sacramento, CA 95834
Telephone: (916) 927-5574 or 595-2908
Facsimile:  (916) 927-2046

Attorneys for Plaintiff
RANDY COSBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY COSBY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AUTOZONE, INC., JIM KULBACKI and DOES 1-100, inclusive<br><br>　　　　　Defendants. | Case No. 2:08-CV-00505-LKK-DAD<br><br>**DECLARATION OF CHARLES MOORE SUPPORT OF PLAINTIFF'S APPLICATION FOR REASONABLE ATTORNEY FEES AND COSTS**<br><br>Date:　　May 17, 2010<br>Time:　　　9:00 a.m.<br>Courtroom 4<br>Judge: Hon. Lawrence K. Karlton |

I, Charles Moore, declare that:

　　　1.　　I am an attorney licensed to practice before all courts in the State of California. I was one of two co-counsel who represented plaintiff Randy Cosby during the trial and pre-trial preparation of the captioned matter.

　　　2.　　I have reviewed the documents submitted herewith as Exhibits # A  to  the Declaration of Lawrance A. Bohm. The entries on said documents for the time worked by myself are a true and accurate record of the work I did on behalf of plaintiff Randy Cosby in this matter.

　　　3.　　The entries for attorney time stated in the billing statements lodged herewith are

1

Declaration of Charles Moore in Support of Plaintiff's Motion
for Reasonable Attorney Fees and Costs
COSBY v. AUTOZONE, INC., et al.
.

Lawrance A. Bohm, Esq.
Bohm Law Group

true and correct, and were prepared in the usual and customary manner used by the firm of lead counsel, Lawrance Bohm.

4.   My billing rate is currently $450.00 per hour and this has been my billing rate since January 1, 2007.

5.   Concerning educational background:  I graduated from the State University of New York, College of Arts and Sciences, Plattsburgh with a Bachelor of Arts Degree in Economics.  I attended law school at IIT-Chicago Kent College of Law where I graduated with a JD in 1988.

6.   Concerning legal employment experience:  While in law school I worked for a solo practitioner; for Geldermann, Inc., a commodities trading firm, in their compliance department, and then was hired by the firm of Hinshaw, Culbertson, Moelmann, Hoban & Fuller, now called Hinshaw & Culbertson, and assigned to the commercial litigation department. Hinshaw & Culbertson was and is a firm of approximately 400 attorneys.  My practice at Hinshaw & Culbertson was primarily devoted to employment law issues including but not limited to wrongful termination, unfair competition, antitrust/trade secret, intellectual property rights, restrictive covenant and representation of employers in administrative hearings.  My billing rates at Hinshaw & Culbertson ranged from $125.00 an hour to $150.00.

7.   While working at Hinshaw & Culbertson, I was admitted to practice in Illinois in 1988.

8.   I joined the California bar in 1995 and began working with Mr. Sean Simpson. Our firm has been involved in several multi-week large verdict jury trials beginning with *Miller v. Heritage Security* and *Rodriguez v. Care With Dignity*, which were tried back to back.  I was co-counsel on each of these matters.

9.   Prior to obtaining the jury verdict awarding damages in this case, I was the lead

2

Declaration of Charles Moore in Support of Plaintiff's Motion
for Reasonable Attorney Fees and Costs
COSBY v. AUTOZONE, INC., et al.

Lawrance A. Bohm, Esq.
Bohm Law Group

and co-counsel in five other cases where compensatory and punitive damages were awarded to our client.  These cases were all tried in the San Diego Superior Court and were titled as follows: *Johnson v. Prudential Insurance Co., Meehan v. CBIZ Insurance, Miller v. Heritage Security Services, Robles v. Jara and Autozone, Inc.,* and *Robles v. AutoZone Inc..*   All of these cases were tried with Sean Simpson as co-counsel.

10.   Each of these trials was hard fought with essentially no settlement offers from the defendants or only nuisance value settlement offers.  Each of these cases involved Motions for Summary Judgment and protracted discovery, including motions to compel or multiple motions to compel.   Over the course of the two *Robles v. Autozone*  trials and two *Robles v. Autozone* appeals plus another case, *Martinez v. Autozone*, that was resolved, I gained particular knowledge and experience in litigation with the very large corporate defendant in this case, Autozone, Inc..

11.   The fact that this case was hard fought by Autozone is evidenced by the pleadings in the court file, which are incorporated here by this reference.  This is more particularly detailed in the Declaration of Lawrance A. Bohm.

12.   I received an Outstanding Trial Lawyer award from the Consumer Attorneys of San Diego on November 2, 2006 for my work on the *Robles v. Autozone* case.  I am also an experienced appellate attorney having briefed and successfully argued numerous cases, including *Rodriguez v. Care With Dignity, Robles v. Autozone, Moody v. Pedus Security, Edgar v. Chula Vista School District,* and *Bermudez v. CalTrans*.

13.   My billing rate was approved in a Motion for Attorneys fees in *Johnson v. Prudential Ins. Co.*, San Diego Superior Court Case No. GIE 018815, vacated on other grounds and remanded for further consideration, 4th Dist. Court of Appeal docket number D051166, and is consistent with other attorneys with similar experience in the San Diego market.

\ \ \

3

Declaration of Charles Moore in Support of Plaintiff's Motion
for Reasonable Attorney Fees and Costs
COSBY v. AUTOZONE, INC., et al.
.

Lawrance A. Bohm, Esq.
Bohm Law Group

14. All work done by me on this case was considered genuinely necessary for the purpose of prosecuting the interests of Mr. Cosby. At no time did I consider performing services which were not necessary to protect Mr. Cosby's interests, such as services performed for the purpose of maximizing my billable hours. Not only would I never consider engaging in such practice, the abundance of work required by this case made it entirely unnecessary to consider doing work not immediately and directly related to the prosecution of the case.

15. Based on my approximately 20 years experience as a trial lawyer, it is my opinion that the work done by Lawrance A. Bohm as lead counsel in this matter showed exceptional skill in representing Mr. Cosby against a very large and wealthy defendant represented by a highly experienced defense team. All work done by the office of Mr. Bohm was necessary to the prosecution of this matter and to represent the interests of Mr. Cosby. Mr. Bohm was particularly tireless and determined in fulfilling his duties in representing Mr. Cosby for many years prior to this matter coming to trial without promise of payment unless he prevailed. Moreover, Mr. Bohm demonstrated exceptional foresight and planning in being able to put on two successful trials back-to-back (the other trial was *Kell v. Autozone* tried in the Superior Court of Sacramento County, Hon. Roland Candee presiding).

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:4/21/2010                                          _____/s/_____
                                                                        Charles Moore
                                                                       SIMPSON-MOORE, LLP
                                                                       Attorney for Plaintiff
                                                                       RANDY COSBY

4

Declaration of Charles Moore in Support of Plaintiff's Motion
for Reasonable Attorney Fees and Costs
COSBY v. AUTOZONE, INC., et al.                                          Lawrance A. Bohm, Esq.
.                                                                        Bohm Law Group