1
2
3
4

LAWRANCE A. BOHM, (SBN 208716)
BOHM LAW GROUP
4600 Northgate Blvd. Ste 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Facsimile:  (916) 927-2046

5
6

Attorneys for Plaintiff
RANDY COSBY

7

UNITED STATES DISRICT COURT

8
9

EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| RANDY COSBY,<br><br>         Plaintiff,<br><br>     vs.<br><br>AUTOZONE, INC., JIM KULBACKI and DOES 1-100, inclusive<br><br>         Defendants. | Case No. 2:08-CV-00505-LKK-DAD<br><br>**DECLARATION OF ELISA W. UNGERMAN IN SUPPORT OF PLAINTIFF'S APPLICATION FOR REASONABLE ATTORNEY FEES AND COSTS**<br><br>Date:     May 17, 2010<br>Time:      9:00 a.m.<br>Courtroom 4<br>Judge: Hon. Lawrence K. Karlton |

20

I, ELISA W. UNGERMAN declare:

21
22
23

1.    I make this declaration under penalty of perjury and under the laws of the State of California. The information contained within this declaration is of my own personal knowledge, and if called up to do so, I am competent to testify truthfully to the matters stated herein.

24
25
26

2.    I am an attorney licensed to practice before all the courts in the State of California. My State Bar Number is 149719. I am also licensed to practice in the Federal District Court, Eastern District of California and the Circuit Federal court of Appeals.  My firm name is Ungerman Law Offices, 331 J Street, Ste. 200, Sacramento, CA 95814.

27
28

1

Declaration of Elisa W. Ungerman in Support of Plaintiff's
Motion for Reasonable Attorney Fees and Costs
COSBY v. AUTOZONE, INC., et al.
.

Lawrance A. Bohm, Esq.
Bohm Law Group

3.   I am a 1990 admittee to the California State Bar. I received my undergraduate education at Washington State University, graduating cum laude in 1976, Phi Beta Kappa, Phi Kappa Phi, with a B. A. in Broadcast Journalism. I graduated from the University of Puget Sound Law School (now Seattle University Law School) cum laude in 1990, and externed with the Federal District Court Judge Zilly, Western Wash. District Court.   In between graduating from Washington State University and commencing Law School in 1987, I worked in broadcasting, was a Congressional Legislative Assistant in Washington, D.C., a Federal lobbyist for the Building Owners and Managers' Association in Washington, D.C., and ran my own business for five years in Seattle, Washington.

4.   In 1990, I began practicing law at Porter, Scott, Weiberg and Delehant in Sacramento. After 2-3 years of general civil practice, I began concentrating on employment law litigation including FEHA, Title VII, and FMLA related claims, 42 U.S.C. § 1983 claims, Labor Code § 1102.5 whistleblower claims (and claims based on other whistleblower statutes), defamation, and the like. In the vast majority of these cases, I represented the employer/ Defendant. I also acted as a consultant for private clients in employment/labor law matters and have lectured on employment/labor law matters, most currently through the Lorman Group.  In 2002, I became employed by Anwyl, Scoffield and Stepp in much the same capacity.  In 2005, I established my own practice which focuses on representing Plaintiff/employees in labor and employment disputes.  I have acted as a settlement pro tem in Sacramento Superior Court on employment matters.  I am a member of the California Employment Lawyers Association, the National Employment Lawyers Association, the Labor and Employment Section of the Sacramento Bar Association, and the Capitol Trial Lawyers Association.

5.   I have litigated over 115 civil employment matters from inception to dismissal or judgment, including several through the appellate process. I have litigated several employment-related trials including *McHale v. Sacramento County*, a 1998 sex discrimination case wherein I represented Sacramento County (the Department of Environmental Review) that lasted two weeks, *Mayle v. Grant,* a four month trial in 2000 involving numerous claims including whistleblowing, defamation, racial discrimination, etc. wherein I represented Grant School District; *Chapman v. Grant*, a month long trial in 1996 involving complex issues of employment-related defamation wherein I also represented Grant, in tandem with Irv Scott, and *Munoz v. Sacramento City Unified* School District in 2002 wherein I represented the school district in a writ action. This, in addition to the trials that I did as a Deputy District Attorney in 1990 and the several personal injury cases I have also tried throughout the years. I have prevailed in all these cases.  In 2004, I successfully represented Colleen Wrysinski in the *Wrysinski v. Agilent* pregnancy discrimination matter, a month long trial in Placer County that resulted in a judgment of over $6 million that included attorney fees.  The entire judgment was upheld on appeal before the Californian Third DCA in 2006.  In *Wrysinski*, I was awarded attorney fees, including a multiplier, at $450/hour.  More recently, late last year I was awarded $400/hour (no multiplier) by Judge McMaster of the Sacramento Superior Court in the matter of *Cox. v. Glass Emporium of Marin, Inc.* as a result of successfully representing the Plaintiff in that employment matter.

2

Declaration of Elisa W. Ungerman in Support of Plaintiff's
Motion for Reasonable Attorney Fees and Costs
COSBY v. AUTOZONE, INC., et al.
.

Lawrance A. Bohm, Esq.
Bohm Law Group

6.   I have known Lawrance A. Bohm since 2002 when we worked briefly together at Porter, Scott.  I got to know him better after I formed my own firm, and we worked on several employment matters together.   I have assisted Mr. Bohm in case evaluation, damage assessment and trial strategy, and he has also assisted me.

7.   From time to time, I discussed this very challenging case with Mr. Bohm.  In my experience, disability cases are the hardest to try and hardest to win because of their complexity, the necessary proof involved, and the general tainting of the jury pool with "tort reform" and "fairness" biases.  I was repeatedly told by Mr. Bohm that the other side had a policy of never settling any case, and that it would not settle no matter what the exposure, thereby forcing Mr. Bohm and his client to try the case, as well as another case.  I have also had the opportunity to review the Plaintiff's detailed compliant in this matter, and I was wholly impressed by the results achieved given the issues involved.  To achieve such a result based on the failure to interact and accommodate the Plaintiff's disability is impressive.  The work involved in preparing this case for trial was extensive; Plaintiff's win was no cake walk, especially against a large corporate defendant with unlimited resources that attempted to scare off Mr. Bohm and his client from achieving justice.  There is no question in my mind that it took a lot of bravery and skill to prosecute and win this case against this particular defendant.  I have further reviewed Mr. Bohm's declaration in this motion. I find his activities to have been appropriate and effective.   In accepting and pursuing this case, Mr. Bohm faced significant financial risks.  The excellent result he obtained for his client came from his willingness to accept those risks and to do what was necessary to prepare for trial, then try the case effectively before a jury where he had to achieve unanimous results to win.

8.   I understand that Mr. Bohm is seeking attorneys fees in this case at an hourly rate of $375.00 per hour.  This is in line with fees being charged by trial attorneys in employment cases in this area at his skill and experience level.   Mr. Bohm has the skills and abilities of attorneys who have been in practice for a much longer time and have been awarded $400 and up per hour.  Therefore, I fully support his claim for fees at $375.00 per hour.

9.    I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct except as to those matters indicated as being based upon my information and belief and to those matters I am informed and believe them to be true.

Executed this 21st day of April 2010, at Sacramento, California.

By:

//s//

Elisa W. Ungerman

3

Declaration of Elisa W. Ungerman in Support of Plaintiff's
Motion for Reasonable Attorney Fees and Costs
COSBY v. AUTOZONE, INC., et al.
.

Lawrance A. Bohm, Esq.
Bohm Law Group