1  LAWRANCE A. BOHM, (SBN 208716)
   BOHM LAW GROUP
2  4600 Northgate Blvd. Ste 210
   Sacramento, CA 95834
3  Telephone: (916) 927-5574
   Facsimile:  (916) 927-2046
4

5  Attorneys for Plaintiff
   RANDY COSBY
6

7              UNITED STATES DISRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA
9

10 RANDY COSBY,
                                    Case No. 2:08-CV-00505-LKK-DAD
11              Plaintiff,

12      vs.                         **DECLARATION OF CHRISTOPHER
                                    H. WHELAN IN SUPPORT OF
13 AUTOZONE, INC., JIM KULBACKI and  PLAINTIFF'S APPLICATION FOR
   DOES 1-100, inclusive            REASONABLE ATTORNEY FEES
14                                  AND COSTS**

15              Defendants.
                                    Date:    May 17, 2010
16                                  Time:    9:00 a.m.
                                    Courtroom 4
17                                  Judge: Hon. Lawrence K. Karlton

18

19

20 I, CHRISTOPHER H. WHELAN declare:

21 1.   I make this declaration under penalty of perjury and under the laws of the State of
22      California. The information contained within this declaration is of my own personal
        knowledge, and if called up to do so, I am competent to testify truthfully to the matters
23      stated herein.

24 2.   I am an attorney licensed to practice before all the courts in the State of California, and
25      my State Bar Number is 080823. My firm name is Christopher H. Whelan, Inc., located
        at 11246 Gold Express Drive, Suite 100, Gold River, County of Sacramento, California
26      95670, Telephone: (916)635-5577, Facsimile: (916)635-9159.

27 3.   I graduated from UCLA with a B.A. in Economics in 1974, and obtained my J.D. from

28                                      1
   Declaration of Christopher Whelan in Support of Plaintiff's
   Motion for Reasonable Attorney Fees and Costs
   COSBY v. AUTOZONE, INC., et al.                              Lawrance A. Bohm, Esq.
                                                                    Bohm Law Group

Hastings in 1977. I have practiced law in California for approximately thirty-one years. I have tried cases throughout the state, and my office has been in the Sacramento area for more than thirty years. I began specializing in the employment law area in 1980, when I accepted and successfully tried my first employment case. Since then I have limited my practice to employment law cases on behalf of employees. All my cases are contingent fees cases. I have received 11 jury trial verdicts and judgments in amounts over $1,000,000.00.

4. I am a member the California Employment Lawyers Association (CELA), and I have been on the Board of Directors of that organization for approximately 15 years. This is a statewide organization of approximately 900 plaintiffs' employment lawyers in California. I have also been a member of the National Employment Lawyers Association (NELA) for a number of years, and head NELA's Sacramento chapter for about 9 years. Through these groups, I meet or confer with numerous Sacramento and Northern California employment lawyers on a daily basis on a variety of issues in employment cases, including their standard hourly rates. Through my own experience and through my contacts with other attorneys in these organizations and the Sacramento legal community I am very familiar with the community standards for attorney fees awards in the Sacramento area.

5. More than 12 years ago (July 14, 1997), I obtained a verdict in a disability discrimination case, Richards v. CH2M Hill. Sacramento County Superior Court, Case No. 95AS04854. The Richards case was unusually complex and lengthy (litigation started in 1993), and I had to prepare it for trial six times before a courtroom was finally available. Following a Plaintiffs verdict, the Court awarded attorney fees at the rate of $295.00 per hour, for 3,300 hours of my time invested in that case from 1993 through the verdict in July 1997. That case eventually resulted in a California Supreme Court decision on the continuing violation theory. [Richards v. CH2MHILL (2001) 26 Cal 4th 798].

6. In January 2000, I tried a sexual harassment case, Bebensee v. Accubanc. in Contra Costa County Superior Court, Case No. C 97 01655. My client received a verdict in the amount of $350,000.00, and an attorney fees award in the amount of $1,013,021.20 That case was litigated from 1997 through the trial in January 2000.

7. The attorney fees award in Bebensee was based on a billing rate of $400.00 per hour for my services, and $250.00 per hour for the services of my associate, Julia Hill. Ms. Hill was a 1995 graduate of McGeorge School of Law.

8. In May 2004, I obtained a verdict of $19,014,000.00, in the Yolo County Superior Court case, Roby v. McKesson, a mental disability discrimination case. This was the largest employment verdict in the U.S. that year, and one of the top 100 verdicts in the country. Defendants' best pretrial offer was $ 10,000.00. In the Roby case the court awarded fees of $728,668.75. These fees were based my efforts and those of my co-counsel David deRubertis, Esq., an exceptional attorney, but who at that time had been admitted to the bar for only 4 years. The court awarded me fees at an hourly rate of $475.00 plus a 1.5

2

Declaration of Christopher Whelan in Support of Plaintiff's
Motion for Reasonable Attorney Fees and Costs
COSBY v. AUTOZONE, INC., et al.

Lawrance A. Bohm, Esq.
Bohm Law Group

multiplier for an effective rate of $712.50 per hour. Mr. deRubertis was awarded fees at the rate of $312.00 per hour plus 1.5 multiplier for an effective rate of $525.00 per hour.

9. At the beginning of 2003, I raised my billing rate to $500.00 per hour, which is within the normal range of $450.00 to $500.00 per hour for employment law trial counsel in Central and Northern California, including the Sacramento area, who are at my general experience level. In 2007 raised my rates to $550.00 per hour.

10. I have known Lawrance A. Bohm, for the past 4 years since he joined the California Employment Lawyer's Association in 2005. I have assisted Mr. Bohm in case evaluation, damage assessment and trial strategy. I have watched Mr. Bohm recently in trial and I was very impressed with his command of the law and facts of his case, and especially his opening and closing arguments. This was in another AutoZone case immediately preceding this trial.

11. Additionally, I have discussed this very challenging case with Mr. Bohm a number of times as it has developed. His courage in accepting the very difficult job of protecting the employment rights against a company with unlimited resources is exceptional. This representation was a risk few plaintiffs' attorneys would accept, and despite obvious problems in this case he was able to obtain an excellent result for his client. I have reviewed the pleadings and papers in this case. I have discussed his discovery results, and reviewed Mr. Bohm's declaration in this motion. I find his activities to have been appropriate and effective. In accepting and pursuing this case Mr. Bohm faced significant risks of loss of substantial time and yet he obtained an excellent result for his client.

12. I understand that Mr. Bohm is seeking attorneys fees in this case at an hourly rate of $375.00 per hour. This is in line with fees being charged by trial attorneys in employment cases in this area at his skill and experience level. Typically in the Sacramento area attorneys with Mr. Bohm's skills, experience and abilities charge anywhere from $400.00 to $500.00 per hour. Therefore, I fully support his claim for fees at $375.00 per hour.

13. I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct except as to those matters indicated as being based upon my information and belief and to those matters I am informed and believe them to be true.

Executed this 20th day of April 2010, at Gold River, California.

By: /s/ Christopher H. Whelan
CHRISTOPHER H. WHELAN, ESQ.

Declaration of Christopher Whelan in Support of Plaintiff's
Motion for Reasonable Attorney Fees and Costs
COSBY v. AUTOZONE, INC., et al.

Lawrance A. Bohm, Esq.
Bohm Law Group