LAWRANCE A. BOHM, (SBN 208716)
BOHM LAW GROUP
4600 Northgate Blvd. Ste 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Facsimile: (916) 927-2046

Attorney for Plaintiff
RANDY COSBY

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY COSBY,<br><br>   Plaintiff,<br><br>v.<br><br>AUTOZONE INC., JIM KULBACKI and DOES 1-100, inclusive,<br><br>   Defendant. | Case No. 2:08-CV-00505-LKK-DAD<br><br>DECLARATION OF ANDREA N. JENNINGS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ATTORNEY FEES AND COSTS<br><br>Date: May 17, 2010<br><br>Time: 9:00 AM<br><br>Courtroom: 4 |

I, Andrea N. Jennings declare as follows:

1. I am a paralegal employed at the Bohm Law Group in Sacramento, CA. The information contained in this declaration is based upon my own personal knowledge unless otherwise indicated.

2. Based upon my own personal experience, I understand the market rate for a paralegal professional in the Sacramento area is in the range of $95 to $125 per hour depending upon experience. I have also completed market research based on current paralegal billing rates in our Sacramento area. Based on this research it is my understanding that hourly rates can range anywhere from $95 to $125 per hour based upon experience.

3. My market research was constructed upon the comparison of the following sources:

1

Declaration of Andrea N. Jennings
In Support of Plaintiff's Application for Attorney Fees and Costs
Cosby v. Autozone et al.

Lawrance A. Bohm, Esq.
Bohm Law Group

1. American River College – Paralegal Assisting Program (916) 484-8619
2. MTI College – Paralegal Program (916) 339-1500
3. ITT Technical Institute – Paralegal Studies Department (916) 851-3900
4. McGeorge School of Law – Career Development Office (916) 739-7010
5. www.nala.org – The Association of Legal Assistants and Paralegals

I declare under penalty of Perjury under the laws of the State of California that the above is true and correct.

Dated: April 21, 2010

By: _____
ANDREA N. JENNINGS

Paralegal to
Lawrance A. Bohm, Esq.

2

Declaration of Andrea N. Jennings
In Support of Plaintiff's Application for Attorney Fees and
Costs
Cosby v. Autozone et al.

Lawrance A. Bohm, Esq.
Bohm Law Group