1   RICHARD R. GRAY, Bar No. 071030
    BARBARA A. BLACKBURN, Bar No. 253731
2   LITTLER MENDELSON
    A Professional Corporation
3   2520 Venture Oaks Way, Suite 390
    Sacramento, CA  95833.4227
4   Telephone:   916.830.7200
    Fax No.:     916.561.0828
5
    Attorneys for Defendant
6   AUTOZONE, INC.

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  RANDY COSBY,                              Case No.  2:08-CV-00505-LKK-DAD

12              Plaintiff,                    **DECLARATION OF RICHARD R. GRAY
                                              IN SUPPORT OF DEFENDANT'S
13      v.                                    OPPOSITION TO PLAINTIFF'S
                                              APPLICATION FOR REASONABLE
14  AUTOZONE, INC., JIM KULBACKI and          ATTORNEYS' FEES AND COSTS**
    DOES 1-100, inclusive,
15                                            Date:    May 24, 2010
                Defendants.                   Time:    9:00 a.m.
16                                            Ctrm:    4
                                              Judge:   Hon. Lawrence K. Karlton
17

18

19

20

21

22

23

24

25

26

27

28

I, Richard R. Gray, declare:

1. I am a shareholder with the Law Firm of Littler Mendelson, attorneys of record for Defendant AutoZone, Inc.

2. I was lead trial counsel for AutoZone in the case of *Travis Kell v. AutoZone, Inc.*, as well as the present case. Lawrance Bohm represented the Plaintiffs in both cases. Mr. Kell's case involved claims of disability harassment, retaliation, and failure to prevent harassment and retaliation (Mr. Kell's disability was bipolar disorder). Mr. Kell, a District Manager, was terminated for falsifying a loss prevention audit.

3. On October 13, 2009, a Mandatory Settlement Conference was held in Sacramento County Superior Court in the *Kell* case. Mr. Kell's settlement demand, as relayed by Mr. Bohm, was $3,000,000.00 on a take-it-or-leave-it basis. As a result, the Settlement Conference was quite brief.

4. I have been with Littler Mendelson since 1988, practicing employment law exclusively. During that time, I have become generally familiar with the contingency fee agreements plaintiffs' attorneys use in employment cases. Typically, plaintiffs' attorneys are entitled to either 33-1/3% or 40% of any recovery, either by way of settlement or jury verdict.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 10th day of May 2010, at Sacramento, California.

*/s/ Richard R. Gray*
RICHARD R. GRAY

Firmwide:95333408.1 013306.2126

2.

DEC. OF RICHARD R. GRAY ISO OF DEF'S OPPOSITION TO PL'S APPLICATION FOR REASONABLE ATTORNEYS FEES AND COSTS

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 830 7200