UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY COSBY,

        Plaintiff,

   v.

AUTOZONE, INC., JIM KULBACKI
and DOES 1-100, inclusive,

        Defendants.
_____/

NO. CIV. S-08-505 LKK/DAD

O R D E R

On May 24, 2010, the court heard oral argument on plaintiff's motion for attorneys' fees. At this hearing the court instructed the parties to brief whether and/or under what conditions the court is permitted to reduce the fees awarded to plaintiff by a percentage of fees billed.

The court further instructs the parties to brief whether Perdue v. Kenny A., 559 U.S. ___ (2010), should apply to the case at bar. Specifically, the issue addressed in Perdue was "whether the calculation of an attorney's fee, under **federal fee-shifting**

1

1  **statutes**, based on the "lodestar," *i.e.*, the number of hours worked
2  multiplied by the prevailing hourly rates, may be increased due to
3  superior performance and results." Id. (emphasis added). This case
4  concerns the application of the California fee-shifting statutes.
5       For the foregoing reasons, the court orders as follows:
6       (1)  Defendant shall file a supplemental brief on the issues
7            discussed above within seven (7) days of the issuance of
8            this order.
9       (2)  Plaintiff shall file a response to defendant's
10           supplemental brief within fourteen (14) days of the
11           issuance of this order.
12      IT IS SO ORDERED.
13      DATED: May 24, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2