RICHARD R. GRAY, Bar No. 071030
BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:   916.830.7200
Fax No.:        916.561.0828

Attorneys for Defendant
AUTOZONE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY COSBY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AUTOZONE, INC., JIM KULBACKI and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | Case No.  2:08-CV-00505-LKK-DAD<br><br>**ORDER RE ENTRY OF APPEAL BOND** |

Defendant AutoZone, Inc.'s Appeal Bond dated October 18, 2010, a copy of which is attached hereto as Exhibit A, is hereby approved as to surety and amount.  Pursuant to Fed. R. Civ. P 62(d), execution of the judgment rendered against defendant is stayed pending appeal.

IT IS SO ORDERED.

Dated:   November 10, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

Firmwide:98441227.1 013306.2126　　　　　　　　　　　　　　　　　　Case No.  2:08-CV-00505-LKK-DAD

[PROPOSED] ORDER RE ENTRY OF APPEAL BOND