UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY COSBY,

          Plaintiff,

   v.

AUTOZONE, INC., JIM KULBACKI
and DOES 1-100, inclusive,

          Defendants.

/

NO. CIV. S-08-505 LKK/DAD

O R D E R

On August 1, 2011, the Ninth Circuit issued an opinion reversing this court's February 8, 2011 order in the above-captioned case, and remanding the case back to the district court to order remittitur with the option of a new trial on damages. The Ninth Circuit issued its mandate on August 24, 2011. ECF No. 150. Accordingly, the court ORDERS as follows:

    [1] A hearing on remittitur pursuant to the Ninth Circuit's
        order is SET for November 28, 2011.

////

1

[2] Plaintiff SHALL submit a brief discussing remittitur or a new trial on damages no later than October 24, 2011.

[3] Defendant SHALL submit a brief in response not later than November 7, 2011.

[4] A Settlement Conference before District Judge Morrison C. England, Jr. is SET for October 28, 2011 at 9:00 a.m. Counsel are directed to submit settlement conference statements to the settlement judge not later than October 14, 2011. At counsel's option, such statements may be submitted in confidence pursuant to Local Rule 16-270(d). Each party is directed to have a principal capable of disposition at the Settlement Conference or be fully authorized to settle the matter on any terms at the Settlement Conference.

IT IS SO ORDERED.

DATED: August 31, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT