RICHARD R. GRAY, Bar No. 071030
BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON
A Professional Corporation
500 Capitol Mall, Suite 2000
Sacramento, CA  95814
Telephone:   916.830.7200
Fax No.:        916.561.0828

Attorneys for Defendant
AUTOZONE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY COSBY, | Case No.  2:08-CV-00505-LKK-DAD |
| Plaintiff, | **STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE DATE; ORDER** |
| v. | |
| AUTOZONE, INC., JIM KULBACKI and DOES 1-100, inclusive, | |
| Defendants. | |

Plaintiff Randy Cosby and Defendants AutoZone, Inc. and Jim Kulbacki hereby stipulate as follows:

1. By Order dated August 31, 2011, the Court set a hearing on remittitur pursuant to the Ninth Circuit Court of Appeals' Order, for November 28, 2011.  The Court also set a Settlement Conference before Judge Morrison C. England, Jr. for October 28, 2011 at 9:00 a.m.

2. The lead trial counsel for Defendants, Richard R. Gray, already has scheduled an oral argument before the Ninth Circuit Court of Appeals on October 28, 2011, at 9:00 a.m. in the case of *SEIU v. Prime Healthcare Services, Inc., et al.* (Case No. 10-16832).

3. Mr. Gray has contacted counsel for Plaintiff, Lawrance A. Bohm, to determine what alternative dates he has available for a settlement conference in the same general time frame as October 28, 2011.  The dates both counsel for Plaintiff and counsel for Defendants are

Firmwide:103710877.1 013306.2126   Case No.  2:08-CV-00505-LKK-DAD
STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE DATE; PROPOSED ORDER
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

available are as follows: October 17, October 19, October 20, October 31, November 1, November 2, and November 3, 2011.

4.  Accordingly, the parties request the Court to reschedule the Settlement Conference to one of those available dates, if possible.

Dated: September 8, 2011

*/s/ Richard R. Gray*
RICHARD R. GRAY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AUTOZONE, INC.

Dated: September 8, 2011

*/s/ Lawrance A. Bohm*
LAWRANCE A. BOHM
BOHM LAW GROUP
Attorneys for Plaintiff
RANDY COSBY

## ORDER

Good cause appearing, the Settlement Conference in this matter, which is currently set for October 28, 2011 at 9:00 a.m. before District Judge Morrison C. England, Jr. is hereby reset for October 19, 2011 at 9:00 a.m.

Dated: September 15, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT