LAWRANCE A. BOHM, (SBN 208716)
BOHM LAW GROUP
4600 Northgate Blvd. Ste 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Facsimile:  (916) 927-2046

Attorney for Plaintiff
RANDY COSBY

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY COSBY,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOZONE INC., JIM KULBACKI and DOES 1-100, inclusive,<br><br>    Defendant. | Case No. 2:08-CV-00505-LKK-DAD<br><br>**STIPULATION TO CONTINUE HEARING ON REMITTITUR AND EXTEND TIME FOR BRIEFING AND ORDER** |

Plaintiff, RANDY COSBY, by and through his attorney of record, Lawrance A. Bohm and Defendant, AUTOZONE, INC., by and through their attorney of record Richard R. Gray, stipulate to continue this Court's hearing on Remittitur, currently scheduled on November 21, 2011 as follows:

1. The parties propose December 19, 2011 at 10:00 AM in Courtroom 4 for hearing on this matter.

2. Plaintiff shall submit a brief discussing Remittitur or new trial on damages no later than November 21, 2011.

1

Plaintiff's Stipulation to Extend Time To
Continue Hearing on Remittitur and Extend Time for Briefing
and [Proposed] Order
Cosby v. Autozone et al.

Lawrance A. Bohm, Esq.
Bohm Law Group

3. Defendant shall submit a brief in response not later than December 5, 2011.

This request for continuance is based on Plaintiff's need for additional time for briefing. A Settlement Conference fore District Judge Morrison C. England Jr. is set for October 24, 2011.

Dated: _____        By: _____/s/_____
                                        LAWRANCE A. BOHM, ESQ.

                                        Attorney for Plaintiff
                                        RANDY COSBY

Dated:_____        By: _____/s/_____
                                        RICHARD R. GRAY, ESQ.
                                        LITTLER MENDELSON
                                        A Professional Corporation

                                        Attorneys for Defendant
                                        AUTOZONE

## ORDER

Parties' Stipulation for Continuance is GRANTED. A Hearing on Remittitur before District Judge Lawrence K. Karlton is SET for December 19, 2011 at 10:00 AM in Courtroom 4. Plaintiff shall submit a brief discussing Remittitur or new trial on damages no later than November 21, 2011.  Defendant shall submit a brief in response not later than December 5, 2011.

**IT IS SO ORDERED.**

Dated: October 17, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Plaintiff's Stipulation to Extend Time To
Continue Hearing on Remittitur and Extend Time for Briefing
and [Proposed] Order
Cosby v. Autozone et al.
Lawrance A. Bohm, Esq.
Bohm Law Group