1  LAWRANCE A. BOHM, (SBN 208716)
   BOHM LAW GROUP
2  4600 Northgate Blvd. Ste 210
   Sacramento, CA 95834
3  Telephone: (916) 927-5574
   Facsimile:  (916) 927-2046
4
   Attorney for Plaintiff
5  RANDY COSBY

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY COSBY,<br><br>            Plaintiff,<br><br>    v.<br><br>AUTOZONE INC., JIM KULBACKI and DOES 1-100, inclusive,<br><br>            Defendant. | Case No. 2:08-CV-00505-LKK-DAD<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER RE NEW TRIAL ON DAMAGES AND ORDER** |

Plaintiff, RANDY COSBY, by and through his attorney of record, Lawrance A. Bohm and Defendant, AUTOZONE, INC., by and through its attorney of record, Richard R. Gray, stipulate to continue this Court's hearing on Defendant's Motion for Reconsideration on Order Re: New Trial on Damages, currently scheduled on March 12, 2012 as follows:

1. The parties propose April 9, 2012 at 10:00 AM in Courtroom 4 for hearing on this matter.

1

Stipulation to Continue Hearing on Defendant's Motion for
Reconsideration of Order Re New Trial on Damages and
[Proposed] Order
COSBY v. AUTOZONE, INC., et al.

Lawrance A. Bohm, Esq.
BOHM LAW GROUP

This request for continuance is based on Plaintiff's counsel, Lawrance A. Bohm, being scheduled for trial on a matter set for preference in the San Joaquin Superior Court, commencing on March 12, 2012.

Dated: March 6, 2012            By:   /s/ Lawrance A. Bohm
                                      LAWRANCE A. BOHM, ESQ.

                                      Attorney for Plaintiff
                                      RANDY COSBY


Dated: March 6, 2012            By:   /s/ Richard R. Gray
                                      RICHARD R. GRAY, ESQ.
                                      LITTLER MENDELSON
                                      A Professional Corporation

                                      Attorney for Defendant
                                      AUTOZONE

## **ORDER**

Parties' Stipulation for Continuance is GRANTED. A Hearing on Defendant's Motion for Reconsideration on Order Re: New Trial on Damages before District Judge Lawrence K. Karlton is SET for April 9, 2012 at 10:00 AM in Courtroom 4.

**IT IS SO ORDERED.**

Dated:  March 7, 2012.

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Stipulation to Continue Hearing on Defendant's Motion for
Reconsideration of Order Re New Trial on Damages and
[Proposed] Order
COSBY v. AUTOZONE, INC., et al.

Lawrance A. Bohm, Esq.
BOHM LAW GROUP