RICHARD R. GRAY, Bar No. 071030
BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON
A Professional Corporation
500 Capitol Mall, Suite 2000
Sacramento, CA  95814
Telephone:	916.830.7200
Fax No.:	916.561.0828

Attorneys for Defendant
AUTOZONE, INC.

LAWRANCE A. BOHM, Bar No. 208716
BOHM LAW GROUP
4600 Northgate Blvd., Suite 210
Sacramento, CA  95834
Telephone:	(916) 927-5574
Fax No.:	(916) 927-2046

Attorneys for Plaintiff
RANDY COSBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY COSBY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AUTOZONE, INC., JIM KULBACKI and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No.  2:08-CV-00505-LKK-DAD<br><br>**STIPULATION AND ORDER TO EXTEND THE COURT'S DEADLINE FOR PLAINTIFF TO ACCEPT OR DENY THE REMITTITUR** |

Firmwide:111232698.1 013306.2126

Case No.  2:08-CV-00505-LKK-DAD

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE COURT'S DEADLINE FOR PLAINTIFF TO ACCEPT OR DENY THE REMITTITUR

LITTLER MENDELSON
A Professional Corporation
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Plaintiff Randy Cosby and Defendant AutoZone, Inc. hereby stipulate and request, by and through their attorneys of record, that Plaintiff's current deadline of May 16, 2012 (as established in the Court's order entered on April 25, 2012) to inform the Court in writing if he (1) consents to the remitted damages award; (2) seeks a new trial; or (3) plans to appeal the remittitur, be extended by an additional forty-five (45) days. If the Court grants the parties' request, Plaintiff's new deadline will be July 2, 2012.

The parties seek this extension at the request of the Circuit Mediator for the 9th Circuit Court of Appeals. This request of a forty-five (45) day extension will allow the parties to participate in mediation prior to Plaintiff's deadline to inform the Court of his decision about the remittitur.

Dated: May 4, 2012

*/s/ Lawrance A. Bohm (as authorized on 5/4/12)*
LAWRANCE A. BOHM
Attorney for Plaintiff
RANDY COSBY

Dated: May 4, 2012

*/s/ Richard R. Gray*
RICHARD R. GRAY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AUTOZONE, INC.

ORDER

IT IS SO ORDERED.

Dated: May 7, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Firmwide:111232698.1 013306.2126                                Case No. 2:08-CV-00505-LKK-DAD

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE COURT'S DEADLINE FOR PLAINTIFF TO ACCEPT OR DENY THE REMITTITUR

LITTLER MENDELSON
A Professional Corporation
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200