LAWRANCE A. BOHM, (SBN 208716)
BOHM LAW GROUP
4600 Northgate Blvd. Ste 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Facsimile:  (916) 927-2046

Attorney for Plaintiff
RANDY COSBY

RICHARD R. GRAY, Bar No. 071030
BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON
A Professional Corporation
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone:  916.830.7200
Fax No.:    916.561.0828

Attorneys for Defendant
AUTOZONE, INC.

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RANDY COSBY, | Case No. 2:08-CV-00505-LKK-DAD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND THE COURT'S DEADLINE FOR PLAINTIFF TO ACCEPT OR DENY THE REMITTITUR** |
| AUTOZONE INC., JIM KULBACKI and DOES 1-100, inclusive, | |
| Defendant. | |

///

1

Stipulation and [Proposed] Order to Extend the Court's
Deadline for Plaintiff to Accept or Deny the Remitttitur
COSBY v. AUTOZONE, INC. et al.

Lawrance A. Bohm, Esq.
BOHM LAW GROUP

Plaintiff RANDY COSBY and Defendant AUTOZONE, INC., hereby stipulate and request through their attorneys of record that Plaintiff's current deadline of July 2, 2012 to inform the Court in writing if he (1) consents to the remitted damage award, (2) seeks a new trial, or (3) plans to appeal the remittitur, be extended ten (10) days after Defendant's pending appeal (case number 12-15281 in the United States Court of Appeal for the Ninth Circuit) is concluded.

Dated: 6/27/12                                   By:   */s/ Lawrance A. Bohm, Esq.*
                                                       LAWRANCE A. BOHM, ESQ.

                                                       Attorney for Plaintiff
                                                       RANDY COSBY

Dated: 6/27/12                                   By:   */s/ Richard R. Gray, Esq.*
                                                       RICHARD R. GRAY, ESQ.
                                                       LITTLER MENDELSON
                                                       A Professional Corporation

                                                       Attorney for Defendant
                                                       AUTOZONE

### ORDER

**IT IS SO ORDERED.**

Dated:  June 28, 2012.

                                                       LAWRENCE K. KARLTON
                                                       SENIOR JUDGE
                                                       UNITED STATES DISTRICT COURT

2

Stipulation and [Proposed] Order to Extend the Court's
Deadline for Plaintiff to Accept or Deny the Remittitur                    Lawrance A. Bohm, Esq.
COSBY v. AUTOZONE, INC. et al.                                             BOHM LAW GROUP