UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY COSBY,

        Plaintiff,

   v.

AUTOZONE, INC., JIM KULBACKI and DOES 1-100, inclusive,

        Defendants.

                                NO. CIV. S-08-505 LKK/DAD

O R D E R

/

    The court is in receipt of Plaintiff's acceptance of remittitur, ECF No. 199. Plaintiff has accepted the court's remittitur of Plaintiff's economic damage award from $174,000.00 to $4,917.60, and the court's remittitur of Plaintiff's non-economic damage award from $1,326,000 to $250,000.00.

    Accordingly, JUDGMENT IS HEREBY ENTERED in accordance with Plaintiff's acceptance of remittitur, as of the date of Plaintiff's filed acceptance of remittitur, October 3, 2012.

////

1

1      Plaintiff's motion for attorney fees and costs, ECF No. 107, was stayed pending resolution of Defendant's appeal, <u>see</u> Order, ECF No. 147, and remains pending.  Plaintiff SHALL re-notice his motion for attorney fees and costs, pursuant to Eastern District of California Local Rule 230(b) (2012), submitting updated affidavits with regard to attorney costs and fees.

IT IS SO ORDERED.

DATED:  October 29, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2