UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 3, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

### JUDGMENT IN A CIVIL CASE

Randy Cosby

          v.        CASE NUMBER:  2:08-cv-00505 LKK DAD

AutoZone, Inc., et. al.

**XX --  Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE PLAINTIFF'S ACCEPTANCE OF REMITTITUR REGARDING ECONOMIC DAMAGE FROM $174,000.00 TO $4,917.60 AND NON-ECONOMIC DAMAGE FROM $1,326,000.00 TO $250,000.00.**

                                            Victoria C. Minor,
                                            Clerk of the Court

ENTERED: October 3, 2012

                                             //s// G. Michel
                                            Deputy Clerk