LAWRANCE A. BOHM, (SBN 208716)
BOHM LAW GROUP
4600 Northgate Blvd. Ste 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Facsimile:  (916) 927-2046

Attorney for Plaintiff
RANDY COSBY

RICHARD R. GRAY, Bar No. 071030
BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON
A Professional Corporation
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone:  916.830.7200
Fax No.:    916.561.0828

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY COSBY, | Case No. 2:08-CV-00505-LKK-DAD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO STAY THE COURT'S ORDER FOR PLAINTIFF TO RE-NOTICE MOTION FOR ATTORNEY'S FEES AND COSTS** |
| AUTOZONE INC., JIM KULBACKI and DOES 1-100, inclusive, | |
| Defendant. | |

///

1

Stipulation and [Proposed] Order to Stay the Court's Order for
Plaintiff to Re-Notice Motion for Attorney's Fees and Costs
COSBY v. AUTOZONE, et al.

Lawrance A. Bohm, Esq.
BOHM LAW GROUP

Plaintiff, RANDY COSBY, and Defendant AUTOZONE, INC., hereby stipulate and request through their attorneys of record that this Court's Order dated October 29, 2012 (ECF 201), ordering Plaintiff to re-notice his motion for attorney fees and costs, be stayed until thirty (30) days after Defendant's pending appeal (case number 12-17559 in the United States Court of Appeal for the Ninth Circuit) is concluded. Similarly, any requested supporting documentation for Plaintiff's Bill of Costs (ECF 203, November 13, 2012) is deemed unnecessary at this time. Plaintiff will move for costs pursuant to FRCP 54 and L.R. 291 upon the disposition of Defendant's current appeal.

Dated: November 21, 2012           By:  /s/ Lawrance A. Bohm
                                        LAWRANCE A. BOHM, ESQ.
                                        Attorney for Plaintiff
                                        RANDY COSBY

Dated: November 21, 2012           By:  /s/ Richard R. Gray
                                        RICHARD R. GRAY, ESQ.
                                        LITTLER MENDELSON
                                        A Professional Corporation
                                        Attorneys for Defendant
                                        AUTOZONE

**ORDER**

**IT IS SO ORDERED.**

Dated: November 26, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Stipulation and [Proposed] Order to Stay the Court's Order for
Plaintiff to Re-Notice Motion for Attorney's Fees and Costs                 Lawrance A. Bohm, Esq.
COSBY v. AUTOZONE, et al.                                                   BOHM LAW GROUP